## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1186**

In the Matter of

PETER "PETE" DEMOS

v.

CHICAGO TRANSIT AUTHORITY

Case Number:

**JUDGE SHADUR**
**MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Peter "Pete" Demos

| | |
|---|---|
| NAME (Type or print) JOHN THOMAS MORAN, JR. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ John Thomas Moran, Jr. | |
| FIRM The Moran Law Group | |
| STREET ADDRESS 309 W. Washington St., Suite 900 | |
| CITY/STATE/ZIP Chicago, Illinois 60606-3209 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1954822 | TELEPHONE NUMBER 312-630-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

**FILED**
**FEBRUARY 26, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT