AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

PETER "PETE" DEMOS

V.

CHICAGO TRANSIT AUTHORITY

CASE NUMBER: **08 C 1186**

ASSIGNED JUDGE:

**JUDGE SHADUR**

DESIGNATED MAGISTRATE JUDGE:

**MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

CHICAGO TRANSIT AUTHORITY
c/o Secretary of the Board
567 West Lake Street
Chicago, IL. 60660

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Thomas Moran, Jr.
Moran Law Group
309 W. Washington St., Suite 900
Chicago, IL. 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

February 27, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 02/28/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John T. Moran | Attorney |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: CTA Headquarters 567 W. Lake St., Chicago, IL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Jim Doyle, CTA, Law Dept.) accepted service.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02/28/2008

Signature of Server

Address of Server: 309 W. Washington, #900, Chicago, IL - 60606

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.