IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PETER "PETE" DEMOS,            ) | |
| ) | No. 08 C 1186 |
| ) | |
| Plaintiff,              ) | |
| ) | Judge Shadur |
| v.              ) | |
| ) | Magistrate Judge Cox |
| CHICAGO TRANSIT AUTHORITY  ) | |
| ) | |
| Defendant.             ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, March 28, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Milton Shadur, in Courtroom 2303 of the U.S. Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and present the attached Motion of Chicago Transit Authority to Dismiss Plaintiff's Complaint, a copy of which is hereby served on you.

                                            Karen Rowan, General Counsel
                                            Chicago Transit Authority

                                            By:    /s/
                                            Carole A. Corns

Chicago Transit Authority
567 West Lake Street
Chicago, Illinois 60661
(312) 681-2937

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send e-mail notification of such filing to the following counsel of record:

John Thomas Moran          j.t.m.moran@gmail.com


                                        s/  Carole A. Corns