**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Peter Demos
                  Plaintiff,

v.                                                Case No.: 1:08−cv−01186
                                                  Honorable Milton I. Shadur

Chicago Transit Authority
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 28, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Motion to dismiss [15] is denied as moot. Status hearing held on 4/28/2008. Defendant's responsive pleading to the Amended Complaint is due on or before May 19, 2008. Status hearing set for 5/22/2008 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.