IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **PETER "PETE" DEMOS,** | ) | |
| | ) | No. 08 C 1186 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Judge Shadur** |
| v. | ) | |
| | ) | **Magistrate Judge Cox** |
| **CHICAGO TRANSIT AUTHORITY** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that on Thursday, May 22, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Milton Shadur, in Courtroom 2303 of the U.S. Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and present the attached Motion of Chicago Transit Authority to Dismiss Plaintiff's First Amended Complaint, a copy of which is hereby served on you.

                                                  Karen Rowan, General Counsel
                                                  Chicago Transit Authority

                                                  By: ____/s/_____
                                                  Carole A. Corns

Chicago Transit Authority
567 West Lake Street
Chicago, Illinois 60661
(312) 681-2937

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send e-mail notification of such filing to the following counsel of record:

John Thomas Moran        j.t.m.moran@gmail.com


                                   s/  Carole A. Corns
                                   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾