**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **PETER "PETE" DEMOS,** | ) | |
| | ) | **No. 08 C 1186** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Judge Shadur** |
| **v.** | ) | |
| | ) | **Magistrate Judge Cox** |
| **CHICAGO TRANSIT AUTHORITY** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CORRECTED NOTICE OF MOTION
TO DISMISS FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that on Thursday, May 22, 2008, at 9:00 a.m., or as

soon thereafter as counsel may be heard, I shall appear before the Honorable Milton

Shadur, in Courtroom 2303 of the U.S. Courthouse located at 219 South Dearborn Street,

Chicago, Illinois, and present the attached Motion of Chicago Transit Authority to

Dismiss Plaintiff's First Amended Complaint, a copy of which is hereby served on you.

Karen Rowan, General Counsel
Chicago Transit Authority

By: _____/s/_____
Carole A. Corns

Chicago Transit Authority
567 West Lake Street
Chicago, Illinois 60661
(312) 681-2937

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send e-mail notification of such

filing to the following counsel of record:

John Thomas Moran            j.t.m.moran@gmail.com

s/  Carole A. Corns