# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## CORRECTED ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number: 08 C 1186
PETER "PETE" DEMOS, Plaintiff
v.
CHICAGO TRANSIT AUTHORITY, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chicago Transit Authority

NAME (Type or print)
Carole A. Corns

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Carole A. Corns

FIRM
Chicago Transit Authority Law Department

STREET ADDRESS
567 W. Lake Street

CITY/STATE/ZIP
Chicago, Illinois 60661

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6206721 | (312) 681-2937 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES [✓]    NO [ ]

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES [ ]    NO [✓]

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES [ ]    NO [✓]

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES [✓]    NO [ ]

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]