## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Peter Demos
                    Plaintiff,

v.                                  Case No.: 1:08–cv–01186
                                          Honorable Milton I. Shadur

Chicago Transit Authority
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

    MINUTE entry before the Honorable Milton I. Shadur:Motion to dismiss [24] is moot. Status hearing held on 7/31/2008. Defendant's responsive pleading is due on or before August 6, 2008. Status hearing set for 8/15/2008 at 08:30 AM.)Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.